JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNIKA HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARINER HEALTH CARE MANAGEMENT COMPANY, DBA MONTEREY PALMS HEALTHCARE CENTER; and DOES 1 to 10, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 5:16-cv-00405-JGB-SP<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)9A)(ii)-(B)**<br><br>[Filed concurrently with Joint Stipulation for Dismissal]<br><br>Complaint Filed: October 29, 2015 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | Based on the Joint Stipulation for Dismissal with Prejudice as to Entire Action, |
| 4 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)-(B), and for good cause |
| 5 | shown, |
| 6 | IT IS HEREBY ORDERED: |
| 7 | The entire action is dismissed with prejudice and each counsel will bear their own |
| 8 | attorneys' fees and costs of suit. |

Dated: October 5, 2017

_____
Honorable Jesus G. Bernal
United States District Judge

CASE NO.: 5:16-cv-00405-JGB-SP        1        ORDER GRANTING JOINT STIPULATION FOR DISMISSAL
41382448v.1